**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702)870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. MCGUIGAN and MARISA M. MCGUIGAN, both individually and as husband and wife,<br><br>              Plaintiffs,<br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY; DOE INSURANCE COMPANY I through X; DOE DRIVER I through X; DOES REGISTERED OWNERS I through X; DOES 1 through X; doe EMPLOYEES/AGENTS I through XX; ROE CORPORATIONS A through Z, inclusive,<br><br>              Defendant. | Case No: 2:21-cv-00295-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, JOHN P. MCGUIGAN and MARISA A. MCGUIGAN, by and through their attorney of record, Robert S. Qualey, Esq. of Qualey Law Group, and Defendant PROGRESSIVE NORTHERN INSURANCE COMPANY, by and through its attorney William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP,

///
///
///
///
///
///
///

1  that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its
2  own costs and fees.

3  DATED this  5th  of July, 2022          DATED this  30th  of June, 2022

4  BARRON & PRUITT, LLP                    QUALEY LAW GROUP

5

6  /s/ William H. Pruitt
   WILLIAM H. PRUITT, ESQ.                 ROBERT S. QUALEY, ESQ.
7  Nevada Bar No. 6783                     Nevada Bar No. 3570
   JOSEPH R. MESERVY, ESQ.                 711 Mall Ring Circle, Suite 200
8  Nevada Bar No. 14088                    Henderson, Nevada 89014
   3890 West Ann Road                      *Attorney for Plaintiffs*
9  North Las Vegas, Nevada 89031
   *Attorneys for Defendant*

12    IT IS SO ORDERED.

14  DATED this 6th day of July, 2022.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

2